IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

UNITED STATES OF AMERICA     PLAINTIFF

v.    No. 5:09M5009-001

HECTOR PEREZ-VARGAS     DEFENDANT

**O R D E R**

The defendant agreed at the initial appearance conducted this date on the criminal complaint to waive the issues of probable cause and detention pending the final disposition of this case. Accordingly, the defendant is considered detained subject to reconsideration on motion of the defendant.

SO ORDERED this 13th day of February, 2009.

/s/ J. Marschewski
HONORABLE JAMES R. MARSCHEWSKI
UNITED STATES MAGISTRATE JUDGE